**DISMISS; and Opinion Filed January 7, 2015.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00392-CV

**CAROL S. ABLON AND BEN ABLON, Appellants**
**V.**
**WILLIAM NEAL ABLON, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14902-I**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Brown
Opinion by Justice Lang-Miers

Before the Court is the Agreed Motion to Dismiss Appeal With Prejudice in which the

parties state they have reached a settlement agreement in this case, pursuant to which Carol S.

Ablon and Texas Capital Bank, National Association, as Independent Executor of the Estate of

Benjamin M. Ablon, appellants, agreed to dismiss the appeal with prejudice. In accordance with

the parties' settlement agreement, we grant the motion and dismiss the appeal with prejudice.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130392F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CAROL S. ABLON AND BEN ABLON,
Appellants

No. 05-13-00392-CV     V.

WILLIAM NEAL ABLON, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-14902-I.
Opinion delivered by Justice Lang-Miers,
Justices Fillmore and Brown participating.

In accordance with this Court's opinion of this date, and pursuant to the parties' Agreed Motion to Dismiss Appeal With Prejudice, we **DISMISS** the appeal with prejudice.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 7th day of January, 2015.